IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| | ) | |
| vs. | ) | **ORDER TO SEAL** |
| | ) | |
| 215 Long Branch Road, Swannanoa, NC and | ) | |
| 105 Anderson Acres, Black Mountain, NC | ) | |

**FILED**
ASHEVILLE, N.C.
DEC 14 2015
U.S. DISTRICT COURT
W. DIST. OF N.C.

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Application for Search Warrant, Affidavit, Search Warrant and Motion to Seal be sealed.

This the 14th day of December, 2015.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
Western District of North Carolina