# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 MJ 151

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF, ) | |
| ) | |
| 215 LONG BRANCH ROAD ) | |
| SWANNANOA, NC ) | ORDER |
| _____ ) | |

This matter is before the Court upon the Motion to Unseal (Doc. 5) by the United States. A review of the docket indicates that an Order to Seal (Doc. 2) was filed on December 14, 2015. The current Motion to Unseal (Doc. 5) indicates that many aspects of this criminal investigation are now public and requests that all documents in this matter be unsealed as the reasons for sealing no longer exist.

For the reasons stated in the Motion, the Court finds that good cause exists to allow the relief requested. Accordingly, the Motion to Unseal (Doc. 5) is hereby **GRANTED** and this case and the associated materials are hereby **UNSEALED**.

Signed: December 19, 2018

W. Carleton Metcalf
United States Magistrate Judge